FILED
2008 May-19 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACK BAUGHN** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **CIVIL ACTION: ____________** |
| | ) | |
| **vs.** | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| **DAVOL, INC. and C.R. BARD, INC.;** | ) | CV-08-S-0876-NW |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**SUMMONS**

---

TO DEFENDANT: DAVOL, INC.
100 Sockanosset Crossroad
Cranston, RI 02920

You are hereby summoned and required to serve upon plaintiff's attorney(s): W. Lewis Garrison, Jr., HENINGER GARRISON DAVIS, LLC, 2224 1st Avenue North, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO,JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 5-19-08

SHARON N. HARRIS, CLERK OF COURT

By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**CASE NO.** ____________________

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the ______ day of __________________, __________, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at ____________________________

______________________________________________________________

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

______________________________________________________________

______________________________________________________________

☐ By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

______________________________________________________________

______________________________________________________________

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

________________ ________________________________

***Date*** ***Authorized or Specially Appointed Process Server***

Costs of Service: Service fee: $

Expenses: _______ miles @ _________cents $____________

TOTAL $