FILED
2008 May-20 AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACK BAUGHN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 08-S-876-NW** |
| | ) | |
| **DAVOL, INC., and C.R. BARD, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

A preliminary review of the complaint in this action indicates that the case has been docketed in the wrong division. The complaint alleges that plaintiff is a resident of Jefferson County, Alabama — which lies in the Southern division (*see* 28 U.S.C. § 81(a)(3)) — and further alleges that both defendants are residents of states other than Alabama. (Doc. no. 1, ¶¶ 1-4). The complaint makes no mention of any occurrence relevant to this action that occurred in the Northwestern division (*see* 28 U.S.C. § 81(a)(1)), and yet the action was docketed in that venue. Accordingly, plaintiff is ORDERED to show cause in writing, if any he have, on or before **May 23, 2008**, why this case should not be transferred to the Southern division.

DONE and ORDERED this 20th day of May, 2008.

Lynwood Smith

United States District Judge