FILED
2008 May-22 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACK BAUGHN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION: 08-S-876-NW** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DAVOL, INC. and C.R. BARD, INC.;** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

# MOTION TO TRANSFER

Comes now counsel for the Plaintiff and moves this Honorable Court for an Order transferring this case to the Northern District of Alabama Southern Division. As grounds therefore, the Plaintiff states as follows:

1. On or about May 16, 2008 the above styled action was filed inadvertently into the United States District Court for the Northern District of Alabama in the Northwestern Division.

2. This action should have been filed into the United States District Court for the Northern District of Alabama in the Southern Division.

WHEREFORE, undersigned counsel respectfully requests that this case be transferred to the United States District Court for the Northern District of Alabama Southern Division.

Respectfully submitted,

/s/ William L. Bross
W. Lewis Garrison (GAR008)
Timothy C. Davis (DAV-017)
William L. Bross (BRO-181)

***Of Counsel:***
**HENINGER GARRISON DAVIS, LLC**
**2224 1st Avenue North**
**Birmingham, AL 35203**
**205.326.3336 Telephone**
**205.326.3332 Facsimile**

Defendants served at:

DAVOL, INC.
100 Sockanosset Crossroad
Cranston, RI 02920

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974