FILED
2008 May-28 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

2. Artic
(Trar

PS Fo

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Anthony [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) A Martel C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

CV-08-S-0876-NW

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

66

02595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

KEARNY NJ 070
22 MAY 2008 PM 4 T

• Sender: Please print your name, address, and ZIP+4 in this box •

2008 MAY 27 PM 12 28

Clerk, US District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

RECEIVED
MAY 27 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA