FILED
2008 May-29 PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACK BAUGHN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 08-S-876-NW** |
| | ) | |
| **DAVOL, INC., and C.R. BARD, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the court is plaintiff's motion to transfer this case to the Southern division. (Doc. no. 6). In the motion, plaintiff's attorneys represent they inadvertently designated this case for docketing in the Northwestern division when, in fact, it belongs in the Southern division. *See generally* 28 U.S.C. § 81(a). Upon consideration, the motion is GRANTED. The Clerk is directed to randomly reassign this case to a judge who takes cases from the Southern division draw.

DONE and ORDERED this 29th day of May, 2008.

Lynwood Smith

United States District Judge