FILED
2008 May-29 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

| | | |
|---|---|---|
| David Jack Baughn | } | |
| Plaintiff | } | |
| v. | } | Case Number: 3:08-cv-00876-CLS |
| | } | |
| Davol, Inc., et al. | } | |
| Defendants | } | |

**NOTICE OF REASSIGNMENT**

The above-styled civil action has been reassigned to the Honorable R. David Proctor. Please use case number 2:08-CV-876-RDP on all subsequent pleadings.

DATED: May 29, 2008

SHARON N. HARRIS, CLERK

By: *Angela Ingleright*
Deputy Clerk

SNH:ahi

xc: Judges
Counsel