FILED
2008 Jun-04 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) D. CABRAL<br>C. Date of Delivery 6/30 |
| 1. Article Addressed to:<br>Davol, Inc.<br>100 Sockanosset Crossroad<br>Cranston, RI 02920 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>CV-08-S-0876-NW |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1160 0004 7439 9459 |

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED 2008 JUN -3 PM 2:06 U.S. DISTRICT COURT N.D. OF ALABAMA

Clerk, US District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203