FILED
2008 Jun-10 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID JACK BAUGHN, | § | |
| | § | |
| Plaintiff, | § | Case No.: 2:08-cv-876-RDP |
| | § | |
| v. | § | **DEFENDANTS' UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL** |
| | § | |
| DAVOL INC. and C.R. BARD, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

Defendant C.R. Bard, Inc. and Defendant Davol Inc. respectfully request that the Court enter an order staying all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). The grounds for this motion are set forth more fully below. Plaintiff does not oppose this motion.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff alleges that the Composix® Kugel® Patch, a medical device manufactured and sold by Defendant Davol Inc. and used by her surgeon in conjunction with her hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization

of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a conditional transfer order regarding this action will be issued shortly.[1] Given that the parties will not oppose MDL transfer in this case, and given further that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed pending transfer to the United States District Court for the District of Rhode Island. Upon transfer, the parties agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

## CONCLUSION

WHEREFORE, Defendants request that the Court grant this Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case pending its transfer to the United States District Court for the District of Rhode Island.

---

[1] Although this case was not the subject of the JPML's original Transfer Order, it was previously noticed as a potential "tag-along action" on May 30, 2008. (*See* Defendants' Seventy-Fourth Rule 7.5(e) Notice of Potential Tag-Along, *IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION*, MDL Docket No. 1842 (Ex. 1).)

Dated: June 10, 2008

Respectfully submitted,

Melanie M. Atha
Cabaniss, Johnston, Gardner, Dumas
& O' Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
Tel: (205) 716-5200
Fax: (205) 716-5389

/s/ Melanie Atha

ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of June, 2008, a true and correct copy of the foregoing MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL was filed via the Court's electronic distribution system, and via first-class U.S. mail, postage prepaid, to:

W. Lewis Garrison Jr.
Timothy C. Davis
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203

BY: /s/ Melanie Atha
Melanie Atha

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID JACK BAUGHN, | § | |
| | § | |
| Plaintiff, | § | Case No.: 2:08-cv-876-RDP |
| | § | |
| v. | § | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL** |
| | § | |
| DAVOL INC. and C.R. BARD, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this ____ day of June, 2008.

________________________________
United States District Judge

# EXHIBIT A

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) | **MDL Docket No. 1842** |

**DEFENDANTS' SEVENTY-FOURTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Northern District of Alabama**

*David Jack Baughn v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00876, Judge R David Proctor.

**United States District Court for the Southern District of New York**

*Sonia Berman, Individually and on Behalf of Others Similarly Situated v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-04869, Judge Richard J. Holwell.

**United States District Court for the Southern District of Ohio**

*Mary Campbell and Ovid Campbell v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00501, Judge Algenon L. Marbley.

**United States District Court for the District of Minnesota**

*Tracy L. McBride v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01413, Judge Richard H. Kyle.

**United States District Court for the District of New Jersey**

*Delara Diane Moore Individually and as Administratrix of the ESTATE OF LARRY FRANCIS MOORE, SR., Deceased v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 08-cv-2533, Judge Dennis M. Cavanaugh.

*Randy Howard Waymire and Letha Waymire v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02532, Judge Dennis M. Cavanaugh.

*Jennifer Stacy Sattler and Kevin Edward Sattler v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02465, Judge Dennis M. Cavanaugh.

Respectfully submitted,

Dated: May 30, 2008

SPRIGGS & HOLLINGSWORTH

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 30th day of May, 2008, a true and correct copy of the foregoing Defendants' Seventy-Fourth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Timothy C Davis**
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202

**Counsel for Plaintiff: David Jack Baughn**

**Daniel Feist Schreck**
Law Offices of G. Oliver Koppell & Assoc.,
99 Park Avenue, Ste. 800
New York, NY 10016

**Counsel for Plaintiff: Sonia Berman**

**Robert Craig McLaughlin**
Elk & Elk Co., L.P.A.
6110 Parkland Blvd.
Suite 100
Mayfield Heights, OH 44124

**Counsel for Plaintiff: Mary Campbell and Ovid Campbell**

**Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112

**Counsel for Plaintiff: Tracy L. McBride**

**MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN & ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201-5402

**Counsel for Plaintiff: Delara Diane Moore**
**Counsel for Plaintiffs: Randy Howard Waymire and Letha Waymire**
**Counsel for Plaintiffs: Jennifer Stacy Sattler and Kevin Edward Sattler**

**Affiliated Defense Counsel Affected by this Notice:**

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP
Crawford McGivaren, Jr.
Melanie Bass
2001 Park Place North, Suite 700

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

PEPPER, HAMILTON, LLP
Samuel J. Abate, Jr.
420 Lexington Ave., Suite 2320
New York, NY 10170-2399

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Eckland & Blando LLP
Mark Blando
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

McCarter & English, LLP
David J. Cooner
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HERMANN CAHN & SCHNEIDER LLP
Jeffrey S. Moeller
1301 East Ninth Street, Suite 500
Cleveland, Ohio 44114-1876

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis