STAY, TRANSFERRED MDL

# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00876−RDP

Baughn v. Davol, Inc et al
Assigned to: Judge R David Proctor
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/16/2008
Date Terminated: 07/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**David Jack Baughn** represented by

**Timothy C Davis**
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205−326−3336
Fax: 205−326−3332
Email: ldaniel@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Lewis Garrison, Jr**
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Birmingham, AL 35203
205−326−3336
Fax: 205−326−3332
Email: camille@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William L Bross, IV**
HENINGER GARRISON &DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205−326−3336
Fax: 205−326−3332
Email: wlbross@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc** represented by

**Melanie M Atha**
CABANISS JOHNSTON GARDNER DUMAS &O'NEAL LLP
2001 Park Place North, Suite 700
PO Box 830612

Birmingham, AL 35283−0612
205−716−5200
Fax: 205−716−5389
Email: mma@cabaniss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Melanie M Atha**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2008 | Ï 1 | COMPLAINT with jury demand thereon against Davol, Inc, C.R. Bard, Inc. (Filing fee $ 350, receipt number: 200 246787) filed by David Jack Baughn.(AHI) (Entered: 05/19/2008) |
| 05/16/2008 | Ï 2 | Request for service by certified mail filed by David Jack Baughn. (AHI ) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 3 | Summons Issued by the clerk and delivered via certified mail as to Davol, Inc. (AHI ) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 4 | Summons Issued by the clerk and delivered via certified mail as to C.R. Bard, Inc. (AHI ) (Entered: 05/19/2008) |
| 05/20/2008 | Ï 5 | ORDER TO SHOW CAUSE, plaintiff is ORDERED to show cause in writing why this case should not be transferred to the Southern Division by 5/23/2008, as more fully set out in order. Signed by Judge C Lynwood Smith, Jr on 5/20/2008. (AHI) (Entered: 05/20/2008) |
| 05/22/2008 | Ï 6 | MOTION to Change Venue by David Jack Baughn. (Bross, William) (Entered: 05/22/2008) |
| 05/28/2008 | Ï 7 | SUMMONS Returned Executed C.R. Bard, Inc. served on 5/22/2008, answer due 6/11/2008. (AHI) (Entered: 05/28/2008) |
| 05/29/2008 | Ï 8 | ORDER Plaintiff's 6 Motion to Transfer Case to the Southern Division is GRANTED; as more fully set out in order. Signed by Judge C Lynwood Smith, Jr on 5/29/2008. (AHI) (Entered: 05/29/2008) |
| 05/29/2008 | Ï 9 | NOTICE OF REASSIGNMENT Case Reassigned to the Honorable R. David Proctor; Please use case number 2:08−CV−876−RDP on all subsequent pleadings; Judge Judge C Lynwood Smith, Jr no longer assigned to the case. (AHI) (Entered: 05/29/2008) |
| 06/04/2008 | Ï 10 | SUMMONS Returned Executed Davol, Inc served on 5/30/2008, answer due 6/19/2008. (AHI) (Entered: 06/04/2008) |
| 06/09/2008 | Ï 11 | ALND UNIFORM INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS reminding parties of their obligations under FRCP26(f) and LR26.1(d) − with appendices attached. Signed by Judge R David Proctor on 6/9/2008. (KSS, ) (Entered: 06/09/2008) |
| 06/10/2008 | Ï 12 | MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by Davol, Inc, C.R. Bard, Inc.. (Bass, Melanie) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/11/2008 | Ï | ORDER granting 12 Motion to Stay proceedings pending transfer to Federal MDL. Signed by Judge R David Proctor on 06/11/08. (SFR, ) (Entered: 06/11/2008) |
| 07/24/2008 | Ï 13 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island for inclusion in MDL 1842; case transferred electronically through CM/ECF to the Clerk of Court in District of Rhode Island this day. Signed by Judge R David Proctor on 7/24/2008. (KSS, ) (Entered: 07/24/2008) |